THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK MORGAN, Appellant.

Submitted June 1, 2015; decided June 4, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MULDROW, Appellant.

Submitted May 11, 2015; decided June 4, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE WILLIAMSON, Appellant.

Submitted May 18, 2015; decided June 4, 2015

Motion for disclosure denied (*see* Rules of Ct of Appeals [22 NYCRR] § 510.18 [a]).

In the Matter of PLATINUM PLEASURES OF NY, INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.

Decided June 4, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.